IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and, )<br>JAMES T. GREENWAY, )<br>REVENUE OFFICER FOR THE )<br>INTERNAL REVENUE SERVICE )<br>    Petitioners, )<br>)<br>v. )<br>)<br>SHANE BRADEN DECKER, )<br>)<br>    Respondent. ) | CIVIL NO.: 3:09-cv-00774<br>JUDGE NIXON |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE BY PETITIONERS

Notice is hereby given that the United States of America and James T. Greenway, Revenue Officer for the Internal Revenue Service, hereby dismiss the above-entitled action without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as the Respondent provided the necessary documentation to the Internal Revenue Officer, James Greenway. Therefore, the Petitioners hereby request that the hearing scheduled for Friday, November 13, 2009, at 10:00 a.m. be cancelled.

Dated this 10th day of November, 2009.

So Ordered.

[signature]

Respectfully submitted.

EDWARD M. YARBROUGH
United States Attorney for the
Middle District of Tennessee

By: s/ S. Delk Kennedy, Jr.
S. DELK KENNEDY, JR.
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615)736-5151
B.P.R. #009799

Case 3:09-cv-00774    Document 4    Filed 11/10/2009    Page 1 of 2

Case 3:09-cv-00774   Document 5   Filed 11/12/09   Page 1 of 2 PageID #: 16

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the **NOTICE OF DISMISSAL WITHOUT PREJUDICE BY PETITIONERS** has been served by First Class U.S. Mail this the 10th day of November 2009, upon:

>Mr. Shane Braden Decker
>520 Scotts Creek Trail
>Hermitage, TN 37076-2363
>*Respondent, Pro Se*

>s/ S. Delk Kennedy, Jr.
>S. DELK KENNEDY, JR.
>Assistant United States Attorney